FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 7 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:16CR 00272 KGB |
| | ) | |
| v. | ) | |
| | ) | |
| TIFFANY RODRIGUEZ and | ) | 18 U.S.C. § 1708 |
| JOHN CROTTS | ) | 18 U.S.C. § 1344 |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

Between on or about January 2015 and May 2016, in the Eastern District of Arkansas, the defendants,

TIFFANY RODRIGUEZ and

JOHN CROTTS,

did steal, take, and abstract, and by fraud and deception obtain, from and out of any mail, post office, and station thereof, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, any letter, postal card, package, bag, and mail, and abstract and remove from any such letter, package, bag, and mail, any article or thing contained therein.

All in violation of Title 18, United States Code, Section 1708.

COUNT 2

On May 5, 2016, in the Eastern District of Arkansas, the defendants,

TIFFANY RODRIGUEZ and

JOHN CROTTS,

devised a material scheme and artifice to defraud, and to obtain moneys, funds, credits, assets,

1

securities, and other property owned by and under the custody and control of Regions Bank, a financial institution whose deposits are federally insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, or promises, that is, they knowingly submitted forged checks, in violation of Title 18, United States Code, Section 1344.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]