IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:16-CR-00272 KGB |
| | ) | |
| TIFFANY RODRIGUEZ | ) | |

## UNITED STATES' MOTION TO REVOKE

The United States by and through Patrick C. Harris, Acting United States Attorney, and Allison W. Bragg, Assistant United States Attorney, for its Motion to Revoke states:

1. On December 7, 2016, the Defendant, Tiffany Rodriguez, was indicted on one count of theft of mail and one count of submitting forged checks.

2. On December 12, 2016, the Defendant was released on conditions pending a jury trial. The conditions included that the Defendant must not violate federal, state, or local law while on release. The conditions also included that she must participate in substance abuse therapy if directed by the pretrial services office to do so, and she must continue to participate in Renewal House Chemical Free Living Facility.

3. On March 30, 2017, the director of Renewal House informed the defendant's supervising officer that the defendant had not been at the facility since March 28, 2017.

4. On April 6, 2017, police officers located the defendant at a hotel and attempted to arrest her on a separate state warrant, but she attempted to flee from them. She was apprehended.

5. On April 7, 2017, the defendant submitted a urine specimen that tested positive for methamphetamine and marijuana. She admitted using methamphetamine,

       marijuana, and Xanax.

6.     Based on these violations, the United States requests the Court issue a summons for the Defendant.

                Respectfully submitted,

                PATRICK C. HARRIS
                ACTING UNITED STATES ATTORNEY

                */s/   Allison W. Bragg*
                By: ALLISON W. BRAGG
                Assistant U.S. Attorney
                Bar Number 2010262
                Attorney for the United States
                U.S. Attorney's Office
                P.O. Box 1229
                Little Rock, AR 72203
                501-340-2600
                allison.bragg@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to defendant's counsel of record.

                */s/ Allison W. Bragg*
                ALLISON W. BRAGG