4:16-cr-272-KGB

Honorable Judge Patricia Harris

My name is Tiffany Rodriguez, I am currently incarcerated in the Arkansas Department of Corrections Mcpherson Unit. I am writing you today in regards to a dilemma. My T.E. Date is April 2019. Since that is a while away, I have applied to the Work release program in Tucker Arkansas. Unfortunately my federal Detainer prevents me from being accepted. That along with several other opportunities that are offered for others. While I am afraid my detainer is keeping me from from spending my time productively. Also I am totally indigent. Work release would allow me to support myself also at the same time help me better myself to be a productive member of society. Therefore in an attempt to qualify I am asking you to show me mercy, and instead of a detainer i can get that lifted to a notification, until it gets closer to my te Date.

Thank you So Much for your time and consideration.

Respectfully
Tiffany Rodriguez

Tiffany Rodriguez 715041
302 Corrections Dr.
Newport AR 72112

ADC
MCPHERSON
UNIT




United States Magistrate
Patricia S. Harris
Richard Shepard Arnald Co
500 W Capitol Ave
Little Rock AR 72201-3