IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA    )
    )
v.    )    No. 4:16-CR-00272 KGB
    )
TIFFANY RODRIGUEZ    )

## UNITED STATES' RESPONSE TO
## DEFENDANT'S PRO SE MOTION TO REMOVE DETAINER

The United States by and through Patrick C. Harris, Acting United States Attorney, and

Allison W. Bragg, Assistant United States Attorney, responds to the Defendant's Pro Se Motion

to Remove Detainer (Doc. 27).

**A.**    **Defendant's *pro se* motion is procedurally improper and should be denied.**

This Court is not required to entertain pro se motions filed by a represented party. *See*

*United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (*citing Abdullah v. United States*,

240 F.3d 683, 686 (8th Cir. 2001)). "(Defendant is) represented by counsel.  Therefore, he may

not file motions for himself.  Any motions must be filed only by (Defendant's) lawyer." *United*

*States v. Leodis Randle*, 4:12-cr-177-DPM-1.  A court commits "no error" in refusing to rule on

pro se motions by a represented party. *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994).

**B.**    **Defendant should remain detained.**

The defendant's trial date in the instant matter is September 18, 2017; less than one

month away.  The United States has extended a plea offer to defense counsel and expects this

matter to either plead or go to trial by that date.  The "T.E. Date" of April 2019 that the

defendant references in her motion does not affect her federal trial date.

At her revocation hearing on May 4, 2017, counsel for the defendant advised the court

that the defendant had received a 120 month ADC sentence.  Accordingly, a federal detainer was

put in place.  These circumstances have not changed, and the defendant should remain detained.

Respectfully submitted,

PATRICK C. HARRIS
ACTING UNITED STATES ATTORNEY

*/s/  Allison W. Bragg*
By: ALLISON W. BRAGG
Assistant U.S. Attorney
Bar Number 2010262
Attorney for the United States
U.S. Attorney's Office
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
allison.bragg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to defendant's counsel of record.

*/s/ Allison W. Bragg*
ALLISON W. BRAGG