Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Eastern of Arkansas |
|---|---|
| Name (under which you were convicted): John Crotts | Docket or Case No.: 4:16-CR-00272 |
| Place of Confinement: Federal Correction Complex- Medium | Prisoner No.: 31171-009 |

UNITED STATES OF AMERICA

v.

Movant (include name under which you were convicted) JOHN CROTTS

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court Eastern District of Arkansas

   (b) Criminal docket or case number (if you know): 4:16-CR-00272

2. (a) Date of the judgment of conviction (if you know): January 24, 2018

   (b) Date of sentencing: January 24, 2018

3. Length of sentence: 24 Months

4. Nature of crime (all counts): Denial of Jail Credit that was Order by the Court.

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Bank Fraud

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
    (a) Name of court: _____
    (b) Docket or case number (if you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _____
    _____
    _____
    _____
    _____
    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____
        _____
        _____
        _____
        _____
        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____
(5) Grounds raised: BOP made a mistake in failing to properly aggregate concurrently sentence with his Federal sentence
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition: Yes ☒ No ☐
(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Because I thought that I would get the 13 months and 4 days credit to my federal sentence.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Denial of Jail Credit

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
After his arrest on state charges the inmate was indicted on a federal charges and was sentence to 24 months imprisonment to be served concurrently with his federal sentence. BOP Program Statement 5160.05(9)(b)(4), (2003). If the BOP denies the petitioner's request, he can then seek review of the BOP decision by filing a writ of habeas corps.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐
(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____

**GROUND TWO:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____

(b) Direct Appeal of Ground Two:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☐
    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐   No ☐
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed: _____
_____

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☐
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☐
    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ☐   No ☐
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____

GROUND FOUR: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐ No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐ No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐ No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐ No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐ No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* The petitioner is filing his motion in a timeliness.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____

_____

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _June 28 - 2018_ (month, date, year).

Executed (signed) on _June 28 - 2018_ (date).

X _____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____