UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:16CR00272-KGB |
| | ) | |
| | ) | |
| TIFFANY RODRIGUEZ | ) | DEFENDANT |

## **UNOPPOSED MOTION TO MODIFY CONDITIONS**

Comes Tiffany Rodriguez, by and through undersigned counsel, and for this Motion to Modify Conditions hereby states:

1. On March 1, 2018, this Honorable Court imposed concurrent sentences of 24-months imprisonment on two counts, 3 years of supervision on one count, and 5 years of supervision on the other. Ms. Rodriguez was also ordered to pay restitution in the sum of $7,617.80 and a $200 special assessment.

2. The Court ordered that Ms. Rodriguez pay 10% per month of her gross monthly income upon her release to a residential re-entry placement, and the same amount upon entering supervision.

3. Since being released from imprisonment, Ms. Rodriguez has worked as a server at a local restaurant. It has been extremely difficult for her to maintain records to determine what constitutes 10% of her gross monthly income, which can radically fluctuate.

4. Because of this difficulty and based on her present income, Ms. Rodriguez requests that her conditions be modified, and that she be required to pay a set monthly amount of $75 towards her restitution.

5. Defense counsel has conferred with the attorney for the government, AUSA Allison Braggs, and is authorized to state that the government is not opposed to this Motion.

WHEREFORE, defense counsel prays that the Court grant this Motion, and for all other just and appropriate relief.

    Respectfully submitted,

    LISA G. PETERS
    FEDERAL DEFENDER

By:    Lisa G. Peters, Bar Number 89099
    The Victory Building, Suite 490
    1401 West Capitol Avenue
    Little Rock, AR 72201
    (501) 324-6113
    E-mail: lisa_peters@fd.org

For:    Tiffany Rodriguez, Defendant