PROB 12C
ED/AR (12/2012)



# United States District Court

## for the

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 4 2021

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | John Crotts | Case Number: | 4:16CR00272-002 KGB |
| Name of Sentencing Judicial Officer: | Honorable Kristine G. Baker<br>United States District Judge | | |
| Original Offense: | Bank Fraud | | |
| Date of Sentence: | January 24, 2018 | | |
| Original Sentence: | 24 months Bureau of Prisons to run concurrent to the sentence the defendant is currently serving as described in paragraphs 46, 47, and 48 of his presentence report followed by 60 months supervised release | | |
| Type of Supervision: Supervised Release | | Date Supervision Commenced: | October 7, 2019 |
| | | Date Supervision Expires: | October 6, 2024 |
| U. S. Probation Officer: Jessica D. Blasingame | Asst. U.S. Attorney: Allison Waldrip Bragg | Defense Attorney: | To be appointed |

## PETITIONING THE COURT

☒  To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐  To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory (3) | **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**<br>On February 6, 2020, Mr. Crotts submitted a urine specimen which tested and confirmed positive for the use of amphetamine and methamphetamine. Furthermore, on February 10, 2020, Mr. Crotts admitted he used methamphetamine on February 2, 2020 and signed an admission form.<br><br>On April 23, 2021, Mr. Crotts submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. Furthermore, on April 23, 2021, Mr. Crotts admitted he used methamphetamine and Adderall on April 22, 2021. |

| | | |
|---|---|---|
| Prob 12C | - 2 - | Petition for Warrant or Summons<br>For Offender Under Supervision |

Name of Offender: John Crotts  　　　　　　　　　　　　　　Case Number: 4:16CR00272-002 KGB

On June 15 and 22, 2021, Mr. Crotts submitted a urine specimen which tested and confirmed positive for the use of methamphetamines. Furthermore, on August 13, 2021, Mr. Crotts admitted he used methamphetamines but could not provide a specific date and signed an admission form.

On August 13, 2021, Mr. Crotts submitted a urine specimen which tested and confirmed positive for the use of amphetamines and methamphetamines.

| | | |
|---|---|---|
| 2 | Standard (2) | **After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**<br>Mr. Crotts violated this condition of supervised release when he failed to submit monthly supervision reports during the months of January, February, March, April, May, June, July, August, and September 2021. |
| 3 | Special | **The defendant shall participate in a substance abuse treatment program under the guidance and supervision of the probation office which may include testing, outpatient counseling, and residential treatment. Further, he must abstain from the use of alcohol throughout the course of treatment.**<br>Mr. Crotts violated this condition of supervised release by failing to submit a urine specimen on June 4, July 16, 23, August 6, and September 14, 2021.<br><br>Mr. Crotts failed to attend residential treatment at Freedom House on September 21, 2021. Mr. Crotts current whereabouts are unknown. |
| 4 | Special | **The defendant must pay restitution in the amount of $7,617.80. During incarceration, payments will be 50 percent per month of all funds that are available to him. During residential re-entry placement, payments will be 10 percent of his gross monthly income. Beginning the first month of supervised release, payments will be 10 percent of his gross monthly income. Interest is waived.**<br>Mr. Crotts failed to make payments during the months of May, June, and July, August, September 2021, and is currently in default. His last payment was made on March 4, 2020, in the amount of $100 and his outstanding balance is $5,542.80. |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jessica D. Blasingame
U.S. Probation Officer

Executed on  October 4, 2021

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Allison Waldrip Bragg
Assistant U.S. Attorney

Executed on  10/4/21

Prob 12C                                            - 3 -                              Petition for Warrant or Summons
                                                                                       For Offender Under Supervision

Name of Offender: John Crotts                                                Case Number: 4:16CR00272-002 KGB

Approved by:

_____
Supervising U.S. Probation Officer